# UNITED STATES BANKRUPTCY COURT
# NC EXEMPTIONS

In Re:	)
    **James W Williams**	)	Case No. _____
    **254 WinHaven St.**	)	Chapter **13**
    **Roxboro, NC 27573**	)
    	)
    **Dianne j Williams**	)
    **254 WinHaven St.**	)
    **Roxboro, NC 27573**	)
    	)
    	)
    	)
SS#  **xxx-xx-0015**	)
SS#  **xxx-xx-8046**	)
                  Debtor(s)	)

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **February 8, 2011**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$335.00** per month for a period of **36** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

   **1. Attorney fees.**

     ☒ The attorney for the Debtor will be paid the base fee of $3,000.00. The Attorney has received $**100.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

     ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

   **2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

   **1. Domestic Support Obligations ("DSO")**

     a. ☒ None

     b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

     c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

     d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

   **2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Employment Security Commission** | **$0.00** |
| **IRS** | **$4,100.00** |
| **NC Dept. of Revenue** | **$0.00** |
| **Person Co. Tax** | **$0.00** |

## IV. Secured Claims

### 1. Real Property Secured Claims

a. ☐ None

b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Nationstar Mortgage** | Location: 254 WinHaven St., Roxboro NC 27573 | **NR** | **Y** | **$1,144.28** | **$0.00** | **D** |

### 2. Personal Property Secured Claims

a. ☐ None

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Citifinancial** | 1998 Nissan Altima 176k | **$3,750.00** | **N** | **$1,899.01** | **$0.00** | **$120.00** | **0%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do <u>not</u> apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

### 3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

### 4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

## V. Co-Debtor Claims

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

**VI. General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**0**__ %.

**VII. Executory Contracts/Leases**

a. ☒ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
|  |  |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- |  |  |  |  |  |  |

**VIII. Special Provisions** Pay AP for 1 yr. on Citifinancial on vehicle.

a. ☐ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms

Date: **February 8, 2011**

**/s/ Neil O'Toole**
**Neil O'Toole**
Attorney for the Debtor
Address: **3100 Tower Blvd.**
**PO Box 1109**
**Durham, NC 27702**
Telephone: **919-479-6828**
State Bar No. **9393**

In Re: )
    **James W Williams** )     NOTICE TO CREDITORS
    **Dianne j Williams** )              AND
)     PROPOSED PLAN
SS#   **xxx-xx-0015** )
SS#   **xxx-xx-8046** )   Case No. _____
    Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

**Citifinancial**
**112 Hillsboro St.**
**Oxford, NC 27565-3212**

**CitiFinancial**
**Bankruptcy Dept.**
**PO Box 140489**
**Irving, TX 75014**

**Credit Bureau**
**PO Box 26140**
**Greensboro, NC 27402**

**Credit Financial Ser.**
**3800 Guess Rd.**
**Durham, NC 27705**

**CSRECS01**
**PO Box 1022**
**Wixom, MI 48393**

**Direct Merchants Bank**
**PO Box 5250**
**Carol Stream, IL 60197**

**DSNB/Macy's**
**9111 Duke Blvd.**
**Mason, OH 45040**

**Duke Private Diagnostic Clinic**
**P. O. Box 900002**
**Raleigh, NC 27675**

**Duke Private Diagnostic Clinic**
**P. O. Box 900002**

Raleigh, NC 27675

Duke Univ. Hosp.
PO Box 91040
Durham, NC 27708

Duke Univ. Hosp.
PO Box 91040
Durham, NC 27708

Duke Univ. Hosp.
PO Box 91040
Durham, NC 27708

Durham Emergency Phy.
PO Box 15386
Durham, NC 27704

Durham Regional Hospital
3643 N.Roxboro Rd.
Durham, NC 27704-9988

Employment Security Commission
PO Box 26504
Raleigh, NC 27611

GEMB/Walmart
Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076

IRS
PO Box 7346
Philadelphia, PA 19101-7346

JLW & Assoc.
1107 W. Main St., Ste. 201
Durham, NC 27701

JLW & Assoc.
1107 W. Main St., Ste. 201
Durham, NC 27701

Metabank/Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

Nationstar Mortgage
350 Highland Dr.
Lewisville, TX 75067

NC Dept. of Revenue
PO Box 1168
Raleigh, NC 27602-1168

NC Specialty Hospital
1110 W. Main St.
Durham, NC 27701-2029

NCO Financial
507 Prudential Rd.
Horsham, PA 19044

Neuse River Emerg. Phys.
PO Box 37730
Philadelphia, PA 19101

Person Co. Tax
PO Box 1701
Roxboro, NC 27573

Professional Recovery
2700 Meridian Pkwy. #200
Durham, NC 27713-2204

Retail Services
PO Box 15521

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                                                                                                         Best Case Bankruptcy

Case 11-80226    Doc 11    Filed 02/14/11    Page 6 of 7

Wilmington, DE 19850

**Revenue Cycle Solutions**
**3 Westbrook Corp.**
**Ste. 200**
**Westchester, IL 60154**

**Sears Card/Citibank**
**PO Box 6283**
**Sioux Falls, SD 57117**

**Tonya L. Urps**
**Bernhardt and Strawer, PA**
**5821 Fairview Rd., Ste. 100**
**Charlotte, NC 28209**

**West Asset Mgmt.**
**1000 F. North Travel**
**Sherman, TX 75090**

**WFCB**
**Bankruptcy Dept.**
**PO Box 183043**
**Columbus, OH 43218**

**WFNNB-Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218**

**WFNNB/Dress Barn**
**P. O. Box 182273**
**Columbus, OH 43218**

Date: **February 8, 2011**     **/s/ Neil O'Toole**
                                **Neil O'Toole**